# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| K.A.T, ET AL | ) | |
|---|---|---|
| | ) | |
| v. | ) | CV 225-073 |
| | ) | |
| THE GLYNN COUNTY SCH | ) | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| K.A.T. | Plaintiff |
| Mary E. Baker | Plaintiff |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| K.A.T. | Plaintiff |
| Mary E. Baker | Plaintiff |
| James A. Yancey, Jr. | Attorney for K.A.T. and Ms. Baker |
| | |
| | |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| K.A.T. | Plaintiff |
| Mary E. Baker. | Plaintiff |
| James A. Yancey, Jr. | Attorney for K.A.T. and Ms. Baker |

rev. 11/2022                                                                                                                              1

| THE GLYNN COUNTY SCHOOL DISTRICT, ET AL | Defendants |
|---|---|
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| | | |
| | | |
| THE GLYNN COUNTY SCHOOL DISTRICT, ET AL | | |
| | | |
| | | |

05/03/2025                                             /s/James A. Yancey, Jr.
———————                                         ————————————————
Date                                                         Signature of Attorney of Record

                                                             James A. Yancey, Jr.
                                                             ————————————————
                                                             Printed Name

rev. 11/2022                                                                                      2