# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| K.A.T., a Minor Child, by and through his grandmother and mother, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>GLYNN COUNTY SCHOOL DISTRICT, et al.,<br><br>　　Defendants. | CV 225-073 |

### ORDER

Before the Court is a stipulation of dismissal, dkt. no. 6, wherein the parties who have appeared in this action notify the Court that they wish to dismiss all claims asserted against certain Defendants with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiffs' claims against Defendants Curtis Crews, Maggie Grange, Bethany Crutchfield, Joseph Lanham, Stephen Brooks and Tracy Reyna are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate these individuals as defendants in this matter. Plaintiffs' claims against Defendants Glynn County School District, Scott Spence, Carter Akins, Todd Collier, Senetra Haywood and Paul Mckenzie remain pending.

**SO ORDERED**, this 3 day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA